DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBA MORALES,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as Trustee under Pooling and Servicing
Agreement dated as of June 1, 2006, **SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR2 MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-FR2,**
Appellee.

No. 4D21-1104

[July 7, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE17-
014854.

Carlos A. Ziegenhirt of Carlos A. Ziegenhirt, P.A., Miami, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando,
for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***